# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DAVID ROSENBERY, individually and on
Behalf of all others similarly situated,

                    Plaintiff,

      -against-                                  19 **CIVIL** 6181 (VB)

                                                **JUDGMENT**

CLIENT SERVICES, INC., and
JOHN DOES 1-25,

                    Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2020, the motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          May 27, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                              Clerk of Court
                                         **BY:**
                                                                Deputy Clerk